# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL CASE NO. 3:00cr221

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **CHRISTOPHER EDWARD WINGATE.** | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time [Doc. 71], filed June 2, 2008.

On February 21, 2008, the Defendant, acting *pro se*, filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(c)(2) [Doc. 66] and a Motion for Appointment of Counsel [Doc. 67]. On May 21, 2008, the Defendant through counsel filed a second Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2). [Doc. 68]. The Probation Office has not yet filed a Supplement to the Presentence Report Pursuant to Crack Cocaine Guideline Amendment or a Sentencing Recommendation Pursuant to Crack Cocaine Guideline Amendment.

The Court will grant the Government's motion to the extent that its response must be filed on or before two business days after the Probation Office files its Supplement and Sentencing Recommendation.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Extension of Time [Doc. 71] is hereby **GRANTED** and the Government's response to the motions shall be filed on or before two business days after the filing by the Probation Office of its Supplement to the Presentence Report Pursuant to Crack Cocaine Guideline Amendment and its Sentencing Recommendation Pursuant to Crack Cocaine Guideline Amendment.

Martin Reidinger
United States District Judge

Signed: June 5, 2008