# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> CHRISTOPHER EDWARD WINGATE <br> Date of Previous Judgment: 06-15-2001 <br> (Use Date of Last Amended Judgment if Applicable) | Case No: 3:00CR00221-001 <br> USM No: 16429-058 <br> Tanzania C. Cannon-Eckerle <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 90 months in Count One, plus 30 months consecutive in Count 4-total of 120 months months **is reduced to** 73 months in Count One plus 30 months consecutive in Count 4-total of 103 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 31   Amended Offense Level: 29
Criminal History Category: IV   Criminal History Category: IV
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 06-15-2001 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 20, 2008

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge