FILED
CHARLOTTE, NC

APR 05 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

RECEIVED
APR 02 2010
CHIEF U.S. PROBATION OFFICE
CHARLOTTE, N.C.

North Carolina Western
# MEMORANDUM

**Date:** March 29, 2010

**To:** The Honorable Martin Reidinger
U.S. District Judge

**From:** Christopher R. Barber
U.S. Probation Officer

**Subject:** Christopher Edward Wingate
Docket No.: 3:00CR221-01-V
**Out of Country Travel Request**

---

The above named individual was sentenced by The Honorable Richard L. Voorhees, U.S. District Judge, on 6/15/01, to a term of 120 months imprisonment/48 months supervised release for the offenses of Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base (Count 1), in violation of 21 U.S.C. 846 and Use and Possession of a Firearm During and In Relation to a Drug Trafficking Crime (Count 4), in violation of 18 U.S.C. 924(c)(1). The following special condition(s) were also ordered: 1) The defendant shall pay a $200.00 Special Assessment Fee (Paid).

Mr. Wingate has maintained compliance of his conditions of supervised release since being released from the Bureau of Prisons on 6/23/08. He has attended all scheduled office visits and has not submitted any positive urinalysis tests. He is presently a student at Central Piedmont Community College and maintains full time employment at Dave & Buster's in Concord, NC. Mr. Wingate has made a request to take a cruise to the Bahamas with his mother. If this travel is approved, he will depart for the Bahamas on 10/15/10 and return to North Carolina on 10/18/10. The purpose of travel is for vacation.

**Subject:** Christopher Edward Wingate
Docket No.: 3:00CR221-01-V
**Out of Country Travel Request**

Please indicate your response below. Should you have any questions concerning this matter, please contact me at 704-350-7654.

CRB
attachments

Approved by: *Lisa G. Morris*
Lisa G. Morris
Supervising U.S. Probation Officer

---

[✓] Court concurs with the U.S. Probation Officer's recommendation.

[ ] Denies defendant's request for travel out of country.

_____           4/1/2010
Signature of Judicial Officer        Date